**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-6188**

─────────────

MARCELINO RODRIGUEZ-LUNA,

                    Petitioner - Appellant,

          v.

M. PETTIFORD, Warden,

                    Respondent - Appellee.

─────────────

Appeal from the United States District Court for the District of South Carolina, at Columbia.  R. Bryan Harwell, District Judge. (3:07-cv-03398-RBH)

─────────────

Submitted:  June 3, 2009                    Decided:  June 16, 2009

─────────────

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Marcelino Rodriguez-Luna, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcelino Rodriguez-Luna appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rodriguez-Luna v. Pettiford, No. 3:07-cv-03398-RBH (D.S.C. Jan. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED